UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO. 3:12-cv-30133-MAP

| | |
|---|---|
| LE-MARR S. TALLEY, <br> Plaintiff | ) <br> ) <br> ) |
| vs. | ) <br> ) |
| CITY OF PITTSFIELD ET AL., <br> Defendants | ) <br> ) |

**DEFENDANTS' MOTION TO DISMISS**

NOW COME the defendants, the City of Pittsfield and the City of Pittsfield Police Department (the "Municipal Defendants"), pursuant to Rule 12 of the Federal Rules of Civil Procedure to move this Court to dismiss the Plaintiff's Complaint. As grounds therefor and in support thereof, and as set forth more fully in the Defendants' Memorandum of Law in Support of their Motion, incorporated hereby reference, the Municipal Defendants state that the Plaintiff's Complaint fails to state a claim upon which this Court has subject matter jurisdiction or upon which relief can be granted. See Fed. R. Civ. P. 12(b)(1), (6).

WHEREFORE, the Municipal Defendants respectfully request that this Court dismiss the Plaintiff's action.

*[Handwritten annotation:]* ALLOWED, based on the merits of Defendants' arguments and on the absence of any opposition. So ordered.
/s/ Michael A. Ponsor USDJ
5-2-13

THE DEFENDANTS
CITY OF PITTSFIELD AND CITY OF
PITTSFIELD POLICE DEPARTMENT

By  /s/ Jeffrey J. Trapani, Esq.
Jeffrey J. Trapani, Esq., BBO No. 661094
jtrapani@robinsondonovan.com
Direct Fax (413) 452-0389
Robinson Donovan, P.C.
1500 Main Street, Suite 1600
Springfield, Massachusetts 01115
Phone (413) 732-2301

567893