# UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| LE-MARR S. TALLEY,<br>    Plaintiff<br><br>v.<br><br>CITY OF PITTSFIELD, ET AL.,<br>    Defendant | )<br>)<br>)  **C. A. NO.**  3:12-cv-30133 -MAP<br>)<br>)<br>)<br>) |

## JUDGMENT IN A CIVIL CASE

**Michael A. Ponsor, D.J.**

[ ]   **Jury Verdict.** This action came before the court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

[X]   **Decision by the Court**. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

    **IT IS ORDERED AND ADJUDGED**

**JUDGMENT** entered for the defendants City of Pittsfield, e al., against the plaintiff, Le-Marr S. Talley, pursuant to the court's endorsed order entered this date, granting the defendant's motion to dismiss.

                                                **ROBERT M. FARRELL**,
                                                Acting CLERK OF COURT

Dated: May 2, 2013                     By  /s/ *Maurice G. Lindsay*
                                                Maurice G. Lindsay
                                                Deputy Clerk

(Civil Judgment (Routine) 5.wpd - 11/98)
      [jgm.]